UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, a corporation existing under
the laws of the United States,

        Plaintiff,

v.

MAPLETREE INVESTORS LIMITED
PARTNERSHIP, a Michigan limited
partnership,

        Defendant.

_____/

Case No. 2:10-cv-10381
Hon. Stephen J. Murphy, III
Magistrate Judge R. Steven Whalen

BODMAN LLP
By:    Dennis J. Levasseur (P39778)
        Jason R. Gourley (P69065)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
dlevasseur@bodmanllp.com
jgourley@bodmanllp.com
(313) 259-7777
Attorneys for Plaintiff Federal National
Mortgage Association

FRANK, HARON, WEINER AND
NAVARRO
By:    J. Laevin Weiner (P22108)
        Michael J. Hamblin (P61834)
5435 Corporate Drive, Suite 225
Troy, Michigan 48098
jweiner@fhwnlaw.com
mhamblin@fhwnlaw.com
(248) 952-0400
Attorneys for Defendant Mapletree Investors
Limited Partnership

_____/

## RECEIVER'S REPORT FOR SEPTEMBER 2010

October 26, 2010

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document using the ECF System and that such papers were served by ECF upon all attorneys of record.

By:     /s/ Dennis J. Levasseur
          Dennis J. Levasseur (P39778)

6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
dlevasseur@bodmanllp.com
(313) 259-7777
Attorneys for Plaintiff Federal National
Mortgage Association

October 26, 2010

Detroit_1037325_1

**Paragon Properties Operating Statement**
MTA 9-10
Books = *Accrual

| Account | Actual Sep 2010 | Budget Sep 2010 | Variance | % Var | Actual Sep 2009 | % Var | Actual YTD | Budget YTD | Variance | % Var | Actual PY YTD | % Var | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Gross Potential Rent | $ 190,329 | $ 188,945 | 1,384 | 1% | $ | n/a | $ 947,463 | $ 944,725 | 2,738 | 0% | $ | n/a | $ 1,511,560 |
| Income Adjustments | (115,610) | (103,983) | (11,627) | 11% | | n/a | (628,290) | (608,242) | (19,988) | 3% | | n/a | (869,175) |
| Net Rental Income | 74,719 | 84,962 | (10,243) | -12% | | n/a | 319,233 | 336,483 | (17,250) | -5% | | n/a | 642,385 |
| Other Revenue | 3,341 | 2,712 | 629 | 23% | | n/a | 10,856 | 11,596 | (740) | -6% | | n/a | 21,233 |
| **Total Revenue** | $ 78,060 | $ 87,674 | (9,614) | -11% | $ | n/a | $ 330,089 | $ 348,079 | (17,990) | -5% | $ | n/a | $ 663,618 |
| **Expenses** | | | | | | | | | | | | | |
| **Variable Expenses** | | | | | | | | | | | | | |
| Management Fees | 5,000 | 5,000 | - | 0% | | n/a | 20,000 | 20,000 | - | 0% | | n/a | 35,000 |
| Payroll | 14,155 | 17,156 | 3,001 | 17% | | n/a | 64,457 | 80,047 | 15,590 | 19% | | n/a | 135,830 |
| Maintenance/Service | 234 | 4,784 | 4,550 | 95% | | n/a | 8,899 | 21,083 | 12,184 | 58% | | n/a | 27,936 |
| Apartment Turnover | 7,100 | 9,595 | 2,495 | 26% | | n/a | 39,424 | 48,122 | 8,698 | 18% | | n/a | 63,210 |
| Parts and Supplies | 1,929 | 2,910 | 981 | 34% | | n/a | 12,817 | 11,613 | (1,204) | -10% | | n/a | 20,574 |
| Grounds | 766 | 4,384 | 3,618 | 83% | | n/a | 19,091 | 25,687 | 6,596 | 26% | | n/a | 37,785 |
| Marketing | 1,568 | 2,579 | 1,011 | 39% | | n/a | 7,168 | 12,147 | 4,984 | 41% | | n/a | 18,611 |
| Administrative | 5,349 | 1,607 | (3,742) | -100%+ | | n/a | 13,453 | 11,187 | (2,266) | -20% | | n/a | 15,683 |
| **Total Variable Expenses** | 36,101 | 48,014 | 11,913 | 25% | | n/a | 185,304 | 229,885 | 44,581 | 19% | | n/a | 360,629 |
| **Fixed Expenses** | | | | | | | | | | | | | |
| Utilities | 69,981 | 13,790 | (56,191) | -100%+ | | n/a | 212,472 | 170,861 | (41,611) | -24% | | n/a | 209,438 |
| Property Taxes | - | - | - | n/a | | n/a | 166,929 | 172,264 | 5,335 | 3% | | n/a | 229,175 |
| Insurance | 8,528 | 8,527 | (1) | 0% | | n/a | 59,259 | 43,008 | (16,251) | -38% | | n/a | 68,589 |
| **Total Fixed Expenses** | 78,509 | 22,317 | (56,192) | -100%+ | | n/a | 438,660 | 386,132 | (52,528) | -14% | | n/a | 507,202 |
| **Total Expense** | $ 114,610 | $ 70,332 | (44,278) | -63% | $ | ##### | $ 623,964 | $ 616,017 | (7,947) | -1% | $ | n/a | 867,831 |
| **Net Operating Income** | $ (36,550) | $ 17,342 | (53,892) | -100%+ | $ | n/a | $ (293,875) | $ (267,938) | (25,937) | 10% | $ | n/a | $ (204,213) |
| Debt Service Interest | - | - | - | n/a | | n/a | - | - | - | n/a | | n/a | - |
| Non-Recurring CapEx | - | 17,440 | 17,440 | 100% | | n/a | 33,552 | 86,287 | 52,735 | 61% | | n/a | 107,167 |
| **OPERATING CASH FLOW** | $ (36,550) | $ (98) | (36,452) | -100%+ | $ | n/a | $ (327,427) | $ (354,225) | 26,798 | -8% | $ | n/a | $ (311,380) |
| Accounts Receivable Balance | 10,841 | | | | | | | | | | | | |
| Prepaid Rent Balance | (18,823) | | | | | | | | | | | | |
| Physical Occupancy | 44.1% | 55.0% | | | | #DIV/0! | 38.3% | 43.0% | | | | #DIV/0! | 51.3% |
| Economic Occupancy | 39.3% | 45.0% | | | | #DIV/0! | 33.7% | 35.6% | | | | #DIV/0! | 42.5% |
| Total Units | 232 | | | | | | | | | | | | |
| Occupied Units (revenue based) | 103 | | | | | | | | | | | | |
| Concession Cost Per Occupied Unit | $82.80 | | | | | | | | | | | | |

Paragon Properties Operating Statement
MTA 9-10
Books = ^Accrual

| Account | Actual Sep 2010 | Budget Sep 2010 | Variance | %Var | Actual Sep 2009 | %Var | Actual YTD | Budget YTD | Variance | %Var | Actual PY YTD | %Var | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Escrows** | | | | | | | | | | | | | |
| Total Escrows | - | - | - | n/a | - | n/a | - | - | - | n/a | - | n/a | - |
| Non-Operational (Income)/Expenses | - | - | - | n/a | - | n/a | 19,191 | - | (19,191) | n/a | - | n/a | - |
| Debt Service Principal | - | - | 0 | n/a | - | n/a | - | - | 0 | n/a | - | n/a | - |
| Less: Owner's Contrib/(Distrib) | - | - | - | | - | n/a | 2,850 | - | 2,850 | n/a | - | - | |
| Less: Other Changes in Bal Sheet | (160) | - | (160) | n/a | - | n/a | 13,620 | - | 13,620 | n/a | - | - | |
| Net Cash Flow | $ (36,710) | $ (60) | $ (36,612) | 100%+ | $ - | n/a | $ (330,148) | $ (354,225) | $ 24,077 | -7% | $ - | n/a | $ (311,380) |

**Available Cash Sources**

| | |
|---|---|
| Cash-Operating | 86,380 |
| Money Market | - |
| Money Market Invested | - |
| Certificates of Deposit | - |
| Petty Cash | 400 |
| Other | - |
| **Total** | 86,780 |

**Escrows-Reserved Cash Sources-Balances**

| | |
|---|---|
| Security Deposit Money Market | 55,276 |
| Tax & Insurance Escrows | - |
| CapEx Reserve | - |
| **Total** | 55,276 |

**Liabilities-Balances**

| | |
|---|---|
| Accounts Payable | - |
| Security Deposits | 54,642 |
| **Total** | 54,642 |

## Paragon Properties Operating Statement
MTA 9-10
Books = *Accrual

| Account | Actual Sep 2010 | Budget Sep 2010 | $ Variance | % Var | Actual Sep 2009 | % Var | Actual YTD | Budget YTD | $ Variance | % Var | Actual PY YTD | % Var | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| **Gross Potential Rent** | | | | | | | | | | | | | |
| Market Rent | $ 189,050 | $ 189,050 | $ - | 0% | - | n/a | $ 945,250 | $ 945,250 | $ - | 0% | - | n/a | $ 1,512,400 |
| Rent Adjustment | 1,279 | (105) | 1,384 | n/a | - | n/a | 2,362 | (525) | 2,887 | n/a | - | n/a | (149) |
| Loss/Gain to Lease | - | - | - | -100%++ | - | n/a | - | - | - | -100%++ | - | n/a | (840) |
| Total Gross Potential Rent | 190,329 | 188,945 | 1,384 | 1% | - | n/a | 947,463 | 944,725 | 2,738 | 0% | - | n/a | 1,511,560 |
| **Income Adjustments** | | | | | | | | | | | | | |
| Less: Vacancy Loss | (106,306) | (85,025) | (21,281) | -25% | - | n/a | (584,602) | (538,220) | (46,383) | -9% | - | n/a | (736,612) |
| Less: Concession Expense | (7,758) | (14,171) | 6,413 | 45% | - | n/a | (38,164) | (50,876) | 12,712 | 25% | - | n/a | (90,057) |
| Less: Renewal Concession | - | - | (770) | 0% | - | n/a | (2,385) | - | (2,385) | n/a | - | n/a | - |
| Less: Model Apartments | (775) | (775) | - | 0% | - | n/a | (2,325) | (3,100) | 775 | 25% | - | n/a | (5,425) |
| Less: Non-Revenue Units | (775) | (1,114) | 1,114 | 100% | - | n/a | - | (4,459) | 4,459 | 100% | - | n/a | (7,801) |
| Less: Bad Debt | - | (3,779) | 3,779 | 100% | - | n/a | (754) | (15,116) | 14,362 | 95% | - | n/a | (26,452) |
| Collections | - | 882 | (882) | -100% | - | n/a | - | 3,527 | (3,527) | -100% | - | n/a | 6,172 |
| Total Income Adjustments | (115,609) | (103,983) | (11,626) | -11% | - | n/a | (628,230) | (608,242) | (19,988) | -3% | - | n/a | (869,175) |
| Economic Vacancy % | -60.7% | -55.0% | | | #DIV/0! | | -66.3% | -64.4% | | | #DIV/0! | | -57.5% |
| Net Rental Income | 74,720 | 84,962 | (10,242) | -12% | - | n/a | 319,233 | 336,483 | (17,250) | -5% | - | n/a | 642,385 |
| **Other Revenue** | | | | | | | | | | | | | |
| Month to Month Fees | 550 | - | 550 | n/a | - | n/a | 2,423 | 550 | 1,873 | 100%++ | - | n/a | 550 |
| Water Fees | 615 | 555 | 59 | 11% | - | n/a | 1,097 | 1,029 | 68 | 7% | - | n/a | 4,343 |
| Late Fees | 1,425 | 479 | 947 | 100%++ | - | n/a | 4,950 | 2,125 | 2,825 | 100%++ | - | n/a | 3,821 |
| Pet Fees | 153 | 128 | 25 | 20% | - | n/a | 289 | 420 | (131) | -31% | - | n/a | 872 |
| Laundry - Commissions | - | 95 | (95) | -100% | - | n/a | - | 475 | (475) | -100% | - | n/a | 760 |
| Application Fees / Reservation Dep | 200 | 100 | 100 | 100% | - | n/a | 360 | 400 | (40) | -10% | - | n/a | 600 |
| Application Fees - Charges | 240 | 798 | (558) | -70% | - | n/a | 1,120 | 4,028 | (2,908) | -72% | - | n/a | 5,788 |
| Clubhouse Rent | - | 200 | (200) | -100% | - | n/a | - | 400 | (400) | -100% | - | n/a | 1,400 |
| Rebate Income | 115 | - | 115 | n/a | - | n/a | 115 | 100 | 15 | 15% | - | n/a | 200 |
| NSF Fees | 35 | 35 | - | 0% | - | n/a | 80 | 115 | (35) | -30% | - | n/a | 220 |
| Miscellaneous Income | 8 | 48 | (40) | -83% | - | n/a | 8 | 192 | (184) | -96% | - | n/a | 336 |
| Key & Access Cards - Replacement | - | - | - | n/a | - | n/a | 25 | - | 25 | n/a | - | n/a | - |
| Damages | - | - | - | -100% | - | n/a | - | 1,375 | (1,375) | -100% | - | n/a | 1,975 |
| Security Deposits Retained | - | 275 | (275) | n/a | - | n/a | 388 | 388 | - | 0% | - | n/a | 388 |
| Total Other Revenue | 3,340 | 2,712 | 629 | 23% | - | n/a | 10,855 | 11,596 | (741) | -6% | - | n/a | 21,233 |
| **TOTAL REVENUE** | $ 78,060 | $ 87,674 | $ (9,614) | -11% | - | n/a | $ 330,088 | $ 348,079 | $ (17,991) | -5% | - | n/a | $ 663,618 |

**Paragon Properties Operating Statement**
MTA 9-10
Books = *Accrual

| Account | Actual Sep 2010 | Budget Sep 2010 | $ Variance | % Var | Actual Sep 2009 | % Var | Actual YTD | Budget YTD | $ Variance | % Var | Actual PY YTD | % Var | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | | | | | | | |
| Management Fees | 5,000 | 5,000 | - | 0% | - | n/a | 20,000 | 20,000 | - | 0% | - | n/a | 35,000 |
| **Payroll Expenses** | | | | | | | | | | | | | |
| Administrative Salaries | 2,880 | 2,560 | (320) | -13% | - | n/a | 13,256 | 12,720 | (536) | -4% | - | n/a | 21,680 |
| Leasing Salaries | 2,864 | 3,168 | 304 | 10% | - | n/a | 12,975 | 14,485 | 1,510 | 10% | - | n/a | 25,573 |
| Maintenance Salaries | 6,690 | 8,712 | 2,021 | 23% | - | n/a | 29,294 | 41,059 | 11,765 | 29% | - | n/a | 68,533 |
| Bonuses/Incentives | - | 75 | 75 | 100% | - | n/a | 400 | 400 | - | 0% | - | n/a | 400 |
| Payroll Taxes | 1,548 | 1,234 | (314) | -25% | - | n/a | 7,730 | 5,755 | (1,976) | -34% | - | n/a | 9,794 |
| Health Insurance | 173 | 1,043 | 871 | 83% | - | n/a | 706 | 4,174 | 3,468 | 83% | - | n/a | 7,304 |
| Workers Compensation | - | 289 | 289 | 100% | - | n/a | - | 1,155 | 1,155 | 100% | - | n/a | 2,021 |
| Payroll Processing Fees | - | 75 | 75 | 100% | - | n/a | 97 | 300 | 203 | 68% | - | n/a | 525 |
| **Total Payroll Expenses** | 14,155 | 17,156 | 3,001 | 17% | - | n/a | 64,457 | 80,047 | 15,590 | 19% | - | n/a | 135,830 |
| **Maintenance/Service** | | | | | | | | | | | | | |
| Carport Repairs | - | - | - | n/a | - | n/a | - | 1,000 | 1,000 | 100% | - | n/a | 1,000 |
| Carpet Repairs - Non-Turnover | 35 | 58 | 23 | 40% | - | n/a | 35 | 233 | 198 | 85% | - | n/a | 408 |
| Carpet Cleaning - Non-Turnovers | - | - | - | n/a | - | n/a | 35 | 1,435 | 1,400 | 98% | - | n/a | 1,435 |
| Ceramic - Floor | - | - | - | n/a | - | n/a | 121 | - | (121) | n/a | - | n/a | - |
| Cleaning Non-Turnover | - | - | - | n/a | - | n/a | 75 | 75 | - | 0% | - | n/a | 75 |
| Countertop Repairs - Non Turnove | - | - | - | n/a | - | n/a | 375 | - | (375) | n/a | - | n/a | - |
| Drywall Repairs - Contractor | 150 | 125 | (25) | -20% | - | n/a | 270 | 500 | 230 | 46% | - | n/a | 875 |
| Electric - Contractor | - | 200 | 200 | 100% | - | n/a | - | 800 | 800 | 100% | - | n/a | 1,400 |
| Elevator Maintenance | - | 3,750 | 3,750 | 100% | - | n/a | 5,600 | 9,900 | 4,300 | 43% | - | n/a | 13,650 |
| HVAC Contractor | - | 188 | 188 | 100% | - | n/a | - | 750 | 750 | 100% | - | n/a | 1,313 |
| Painting - Contractor - Common Ar | - | - | - | n/a | - | n/a | - | 350 | - | 0% | - | n/a | 350 |
| Plumbing - Contractor | - | 233 | 233 | 100% | - | n/a | 350 | 1,128 | 583 | 52% | - | n/a | 1,828 |
| Alarms & Monitoring | 48 | 180 | 132 | 73% | - | n/a | 545 | 2,345 | 2,102 | 90% | - | n/a | 2,885 |
| Fire Extinguishers | - | 50 | 50 | 100% | - | n/a | 243 | 2,566 | 1,316 | 51% | - | n/a | 2,716 |
| **Total Maintenance/Service** | 233 | 4,784 | 4,551 | 95% | - | n/a | 8,899 | 21,083 | 12,184 | 58% | - | n/a | 27,995 |

## Paragon Properties Operating Statement
MTA 9-10
Books = ^Accrual

| Account | Actual Sep 2010 | Budget Sep 2010 | $ Variance | % Var | Actual Sep 2009 | % Var | Actual YTD | Budget YTD | $ Variance | % Var | Actual PY YTD | % Var | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Apartment Turnover** | | | | | | | | | | | | | |
| Carpet Repairs - Turnover | - | 619 | 619 | 100% | - | n/a | 240 | 3,094 | 2,854 | 92% | - | n/a | 4,444 |
| Carpet Cleaning - Turnover | 380 | 290 | (90) | -31% | - | n/a | 2,075 | 1,623 | (452) | -28% | - | n/a | 2,318 |
| Carpet Replacement - Turnover | 1,898 | 2,673 | 775 | 29% | - | n/a | 14,211 | 13,365 | (846) | -6% | - | n/a | 19,197 |
| Vinyl Floor Replacement | - | 1,320 | 1,320 | 100% | - | n/a | 1,774 | 6,600 | 4,826 | 73% | - | n/a | 9,480 |
| Cleaning - Turnover | 335 | 744 | 409 | 55% | - | n/a | 2,765 | 3,719 | 954 | 26% | - | n/a | 5,342 |
| Countertop Repairs | 403 | 443 | 40 | 9% | - | n/a | 1,178 | 2,214 | 1,036 | 47% | - | n/a | 3,180 |
| Drywall Repairs - Turnover | - | 900 | 900 | 100% | - | n/a | 305 | 4,475 | 4,170 | 93% | - | n/a | 6,530 |
| Painting - Turnover | 3,570 | 2,125 | (1,444) | -68% | - | n/a | 16,061 | 10,626 | (5,435) | -51% | - | n/a | 15,263 |
| Tub & Sink - Resurfacing | 515 | 481 | (33) | -7% | - | n/a | 815 | 2,406 | 1,592 | 66% | - | n/a | 3,456 |
| **Total Apartment Turnover** | 7,100 | 9,595 | 2,495 | 26% | - | n/a | 39,423 | 46,122 | 8,698 | 18% | - | n/a | 69,210 |
| | | | | | | | | | | | | | |
| **Parts and Supplies** | | | | | | | | | | | | | |
| Appliance Repairs & Parts | 220 | 125 | (95) | -76% | - | n/a | 1,376 | 500 | (876) | -100%+ | - | n/a | 875 |
| Appliances - Stoves | - | 211 | 211 | 100% | - | n/a | 604 | 845 | 240 | 28% | - | n/a | 1,478 |
| Appliances - Refrigerators | - | 389 | 389 | 100% | - | n/a | 933 | 1,557 | 624 | 40% | - | n/a | 2,724 |
| Appliances - Dishwashers | - | 92 | 92 | 100% | - | n/a | 214 | 367 | 153 | 42% | - | n/a | 642 |
| Blinds | 126 | 285 | 159 | 56% | - | n/a | 998 | 1,140 | 142 | 12% | - | n/a | 1,995 |
| Doors | - | 58 | 58 | 100% | - | n/a | - | 230 | 230 | 100% | - | n/a | 403 |
| Cleaning Supplies | 27 | 150 | 123 | 82% | - | n/a | 869 | 600 | (269) | -45% | - | n/a | 1,050 |
| Electrical Supplies | - | 250 | 250 | 100% | - | n/a | 517 | 1,000 | 483 | 48% | - | n/a | 1,750 |
| Ceramic Supplies | - | 50 | 50 | 100% | - | n/a | - | 200 | 200 | 100% | - | n/a | 350 |
| HVAC Supplies | 8 | 225 | 217 | 96% | - | n/a | 862 | 900 | 38 | 4% | - | n/a | 1,807 |
| Hardware | 64 | 150 | 86 | 58% | - | n/a | 1,292 | 600 | (692) | -100%+ | - | n/a | 1,050 |
| Lighting & Light Fixtures | - | 150 | 150 | 100% | - | n/a | - | 600 | 600 | 100% | - | n/a | 1,050 |
| Locks & Keys | 11 | 75 | 64 | 85% | - | n/a | 918 | 300 | (618) | -100%+ | - | n/a | 525 |
| Painting Supplies | - | 150 | 150 | 100% | - | n/a | 453 | 575 | 122 | 21% | - | n/a | 1,025 |
| Plumbing Supplies | 412 | 200 | (212) | -100%+ | - | n/a | 1,696 | 800 | (896) | -100%+ | - | n/a | 1,400 |
| Pool Supplies | - | - | - | n/a | - | n/a | 368 | - | (368) | n/a | - | n/a | - |
| Windows & Screens | 1,061 | 250 | (811) | -100%+ | - | n/a | 1,163 | 1,000 | (163) | -16% | - | n/a | 1,750 |
| Supplies - Tools & Mach. | - | 100 | 100 | 100% | - | n/a | 555 | 400 | (155) | -39% | - | n/a | 700 |
| **Total Parts and Supplies** | 1,929 | 2,910 | 981 | 34% | - | n/a | 12,817 | 11,613 | (1,204) | -10% | - | n/a | 20,574 |
| | | | | | | | | | | | | | |
| **Grounds** | | | | | | | | | | | | | |
| Exterminating | - | 130 | 130 | 100% | - | n/a | 549 | 520 | (29) | -6% | - | n/a | 910 |
| Fertilization | - | 380 | 380 | 100% | - | n/a | 765 | 1,140 | 375 | 33% | - | n/a | 1,140 |
| Irrigation Supplies and Repairs | - | - | - | n/a | - | n/a | - | 1,500 | 1,500 | 100% | - | n/a | 2,000 |
| Landscaping Contractor | 2,124 | 2,124 | - | 100% | - | n/a | 10,622 | 12,747 | 2,125 | 17% | - | n/a | 19,120 |
| Landscaping Supplies | - | - | - | n/a | - | n/a | 361 | 400 | 39 | 10% | - | n/a | 400 |
| Pool and Spa Repairs | - | 575 | 575 | 100% | - | n/a | 1,620 | 775 | (845) | -100%+ | - | n/a | 775 |
| Pool & Spa Supplies | - | 375 | 375 | 100% | - | n/a | 1,323 | 1,600 | 277 | 17% | - | n/a | 1,600 |
| Rubbish Removal - Contractor | 766 | 800 | 34 | 4% | - | n/a | 3,850 | 3,650 | (200) | -5% | - | n/a | 6,050 |
| Snow Removal Contractor | - | - | - | n/a | - | n/a | - | - | - | n/a | - | n/a | 850 |
| Snow Removal Supplies | - | - | - | n/a | - | n/a | - | - | - | n/a | - | n/a | 1,335 |
| Trees, Shrubs, Flowers & Mulch | - | - | - | n/a | - | n/a | - | 3,355 | 3,355 | 100% | - | n/a | 3,605 |
| **Total Grounds** | 766 | 4,384 | 3,618 | 83% | - | n/a | 19,090 | 25,687 | 6,596 | 26% | - | n/a | 37,784 |

**Paragon Properties Operating Statement**
MTA 9-10
Books = *Accrual

| Account | Actual Sep 2010 | Budget Sep 2010 | $ Variance | % Var | Actual Sep 2009 | % Var | Actual YTD | Budget YTD | $ Variance | % Var | Actual PY YTD | % Var | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Marketing** | | | | | | | | | | | | | |
| Advertising - Internet | 188 | 398 | 210 | 53% | - | n/a | 914 | 1,354 | 440 | 32% | - | n/a | 2,248 |
| Advertising - Printed Media | 629 | 676 | 47 | 7% | - | n/a | 1,973 | 2,028 | 55 | 3% | - | n/a | 4,056 |
| Advertising - Production Expense | 288 | 600 | 312 | 52% | - | n/a | 1,691 | 3,675 | 1,984 | 54% | - | n/a | 3,675 |
| Banners, Flags & Balloons | - | 251 | 251 | 100% | - | n/a | 854 | 1,455 | 601 | 41% | - | n/a | 2,209 |
| Market Studies & Shops | 300 | 435 | 135 | 31% | - | n/a | 900 | 1,335 | 435 | 33% | - | n/a | 2,370 |
| Model Furnishings | - | - | - | n/a | - | n/a | 660 | - | (660) | n/a | - | n/a | - |
| Clubhouse Furnishings | 18 | - | (18) | n/a | - | n/a | 18 | 500 | 482 | 96% | - | n/a | 500 |
| Promotions & Giveaways | - | - | - | n/a | - | n/a | - | 300 | 300 | 100% | - | n/a | 900 |
| Prospect Refreshments | 43 | 50 | 7 | 14% | - | n/a | 51 | 200 | 149 | 75% | - | n/a | 350 |
| Resident Functions & Parties | - | - | - | n/a | - | n/a | - | 200 | 200 | 100% | - | n/a | 400 |
| Resident Referrals | - | - | - | n/a | - | n/a | - | 400 | 400 | 100% | - | n/a | 800 |
| Signage | 102 | 91 | (11) | -12% | - | n/a | 102 | 364 | 262 | 72% | - | n/a | 637 |
| Remodeling - Lease Renewals | - | 78 | 78 | 100% | - | n/a | - | 336 | 336 | 100% | - | n/a | 465 |
| **Total Marketing Expenses** | 1,568 | 2,579 | 1,011 | 39% | - | n/a | 7,163 | 12,147 | 4,985 | 41% | - | n/a | 18,610 |
| **Administrative Expenses** | | | | | | | | | | | | | |
| Admin Expense - Yardi | 106 | - | (106) | n/a | - | n/a | 532 | - | (532) | n/a | - | n/a | - |
| Admin Exp-Intls Collection | 126 | - | (126) | n/a | - | n/a | 628 | - | (628) | n/a | - | n/a | - |
| Answering Services | 40 | 36 | (4) | -10% | - | n/a | 155 | 145 | (10) | -7% | - | n/a | 255 |
| Auto | - | - | - | n/a | - | n/a | 45 | 45 | (0) | -1% | - | n/a | 545 |
| Banking Fees | 24 | - | (24) | n/a | - | n/a | 223 | 100 | (123) | -100%+ | - | n/a | 200 |
| Credit Verification Fees | - | 207 | 207 | 100% | - | n/a | 482 | 1,033 | 551 | 53% | - | n/a | 1,483 |
| Dues & Subscriptions | 60 | 85 | 25 | 29% | - | n/a | 213 | 340 | 127 | 37% | - | n/a | 545 |
| Education & Training | 117 | 252 | 135 | 54% | - | n/a | 117 | 312 | 195 | 63% | - | n/a | 604 |
| Employee Recognition | 2,691 | - | (2,691) | n/a | - | n/a | 4,567 | 4,283 | (284) | -7% | - | n/a | 4,283 |
| Fees & Permits | 1,438 | 325 | (1,113) | -100%+ | - | n/a | 1,650 | 1,408 | (242) | -17% | - | n/a | 2,383 |
| Office Supplies | 23 | 81 | 58 | 72% | - | n/a | 366 | 324 | (42) | -13% | - | n/a | 324 |
| Physicals/Background | 98 | 75 | (23) | -31% | - | n/a | 289 | 260 | (29) | -11% | - | n/a | 525 |
| Postage | 18 | 50 | 32 | 64% | - | n/a | 172 | 200 | 28 | 14% | - | n/a | 350 |
| Resident Relations | 49 | 195 | 146 | 75% | - | n/a | 645 | 780 | 135 | 17% | - | n/a | 1,385 |
| Telephone | - | 60 | 60 | 100% | - | n/a | 247 | 300 | 53 | 18% | - | n/a | 480 |
| Cable/DSL - Office | 32 | - | (32) | n/a | - | n/a | 54 | 330 | 276 | 84% | - | n/a | 580 |
| Uniforms | - | 83 | 83 | 100% | - | n/a | 37 | - | (37) | n/a | - | n/a | - |
| Meals/Ofc Food & Ent. | 368 | 58 | (310) | -100%+ | - | n/a | 4,020 | 1,235 | (2,785) | -100%+ | - | n/a | 1,409 |
| I/T Support | 120 | - | (120) | n/a | - | n/a | 255 | - | (255) | n/a | - | n/a | - |
| Legal Fees (L/T Cases) | 14 | 100 | 86 | 86% | - | n/a | 76 | (48) | (48) | -100%+ | - | n/a | 253 |
| Filing & Service Fees - L/T Cases | 24 | - | (24) | n/a | - | n/a | 24 | 100 | 76 | 76% | - | n/a | 100 |
| Professional Fees | - | - | - | n/a | - | n/a | - | - | - | n/a | - | n/a | - |
| **Total Administrative Expenses** | 5,348 | 1,607 | (3,741) | -100%+ | - | n/a | 13,452 | 11,187 | (2,265) | -20% | - | n/a | 15,683 |

**Paragon Properties Operating Statement**
MTA 9-10
Books = ^Accrual

| Account | Actual Sep 2010 | Budget Sep 2010 | $ Variance | % Var | Actual Sep 2009 | % Var | Actual YTD | Budget YTD | $ Variance | % Var | Actual PY YTD | % Var | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Utilities** | | | | | | | | | | | | | |
| Electric Common Areas | 6,256 | 564 | (5,692) | -100%+ | - | n/a | 10,222 | 2,256 | (7,966) | -100%+ | - | n/a | 3,948 |
| Electric Vacants | 8,886 | 1,402 | (7,484) | -100%+ | - | n/a | 25,172 | 7,827 | (17,345) | -100%+ | - | n/a | 11,149 |
| Gas Common Areas | - | 3,487 | 3,487 | 100% | - | n/a | 3,396 | 11,913 | 8,517 | 71% | - | n/a | 29,056 |
| Gas Vacants | 7,017 | 945 | (6,072) | -100%+ | - | n/a | 12,221 | 4,608 | (7,613) | -100%+ | - | n/a | 7,773 |
| Water Expense | 46,653 | 7,393 | (39,260) | -100%+ | - | n/a | 160,289 | 144,257 | (16,032) | -11% | - | n/a | 157,511 |
| Utility Bill Expense | 1,169 | - | (1,169) | n/a | - | n/a | 1,171 | - | (1,171) | n/a | - | n/a | - |
| Total Utility Expenses | 69,981 | 13,790 | (56,190) | -100%+ | - | n/a | 212,471 | 170,861 | (41,610) | -24% | - | n/a | 209,437 |
| Property Taxes | - | - | - | n/a | - | n/a | 166,928 | 172,264 | 5,335 | 3% | - | n/a | 229,174 |
| **Insurance** | | | | | | | | | | | | | |
| Property - GL - Umbrella | 8,527 | 8,527 | (0) | 0% | - | n/a | 59,259 | 43,008 | (16,251) | -38% | - | n/a | 68,589 |
| Total Insurance | 8,527 | 8,527 | (0) | 0% | - | n/a | 59,259 | 43,008 | (16,251) | -38% | - | n/a | 68,589 |
| **TOTAL EXPENSES** | 114,607 | 70,332 | (44,275) | -63% | - | n/a | 623,959 | 616,017 | (7,942) | -1% | - | n/a | 867,827 |
| **NET OPERATING INCOME** | $ (36,547) | $ 17,342 | $ (53,889) | -100%+ | - | n/a | $ (293,871) | $ (267,938) | $ (25,933) | 10% | - | n/a | $ (204,209) |

Paragon Properties Operating Statement
MTA 9-10
Books = *Accrual

| Account | Actual Sep 2010 | Budget Sep 2010 | $ Variance | % Var | Actual Sep 2009 | % Var | Actual YTD | Budget YTD | $ Variance | % Var | Actual PY YTD | % Var | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Recurring CapEx** | | | | | | | | | | | | | |
| Asphalt/Parking Lot | - | - | - | n/a | - | n/a | 3,875 | 3,875 | - | 0% | - | n/a | 3,875 |
| Carpet Replacement - Common Ar | - | - | - | n/a | - | n/a | - | 2,700 | 2,700 | 100% | - | n/a | 2,700 |
| Concrete/Sidewalks/Foundation | - | - | - | n/a | - | n/a | 9,159 | 9,159 | - | 0% | - | n/a | 9,159 |
| Exterior Lighting | - | - | - | n/a | - | n/a | 6,850 | 6,850 | - | 0% | - | n/a | 6,850 |
| Gutters/Drainage System | - | 3,000 | 3,000 | 100% | - | n/a | - | 3,000 | 3,000 | 100% | - | n/a | 3,000 |
| Hallway Painting | - | - | - | n/a | - | n/a | 1,000 | - | (1,000) | n/a | - | n/a | - |
| HVAC/Furnace | - | 10,440 | 10,440 | 100% | - | n/a | 5,720 | 19,720 | 14,000 | 71% | - | n/a | 40,600 |
| Landscape/Sprinklers | - | - | - | n/a | - | n/a | 195 | 12,103 | 11,908 | 98% | - | n/a | 12,103 |
| Model Upgrades | - | - | - | n/a | - | n/a | 4,694 | 5,000 | 306 | 6% | - | n/a | 5,000 |
| Office Furniture/Equipment | - | 4,000 | 4,000 | 100% | - | n/a | 1,296 | 3,300 | 2,004 | 61% | - | n/a | 3,300 |
| Roofs | - | - | - | n/a | - | n/a | - | 12,000 | 12,000 | 100% | - | n/a | 12,000 |
| Swimming Pool & Sauna | - | - | - | n/a | - | n/a | 487 | 1,620 | 1,133 | 70% | - | n/a | 1,620 |
| Unit Rehab | - | - | - | n/a | - | n/a | - | 6,960 | 6,960 | 100% | - | n/a | 6,960 |
| Water Heater/Boilers | - | - | - | n/a | - | n/a | 275 | - | (275) | n/a | - | n/a | - |
| Total Non-Recurring CapEx | - | 17,440 | 17,440 | 100% | - | n/a | 33,551 | 86,287 | 52,736 | 61% | - | n/a | 107,167 |
| | | | | | | | | | | | | | |
| OPERATING CASH FLOW | (36,547) | (98) | (36,449) | 37181% | - | n/a | (327,422) | (354,225) | 26,803 | -8% | - | n/a | (311,376) |

**Paragon Properties Operating Statement**
MTA 9-10
Books = ^Accrual

| Account | Actual Sep 2010 | Budget Sep 2010 | $ Variance | % Var | Actual Sep 2009 | % Var | Actual YTD | Budget YTD | $ Variance | % Var | Actual PY-YTD | % Var | Annual Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Escrows** | | | | | | | | | | | | | |
| **Total Escrows** | - | - | - | n/a | - | n/a | - | - | - | n/a | - | n/a | - |
| **Non-Operational (Income)/Expenses** | | | | | | | | | | | | | |
| Non-Op - Prior Year | - | - | - | n/a | - | n/a | 19,191 | - | (19,191) | n/a | - | n/a | - |
| **Total Non-Operational Expense** | - | - | - | n/a | - | n/a | 19,191 | - | (19,191) | n/a | - | n/a | - |
| Less: Owner's Contrib/(Distrib) | - | - | 0 | n/a | - | | 2,850 | - | 2,850 | n/a | - | | |
| Less: Other Changes in Bal Sheet | (162) | - | (162) | n/a | - | | 13,620 | - | 13,620 | n/a | - | | |
| **Net Cash Flow** | $ (36,709) | $ (98) | $ (36,611) | 100%+ | $ - | n/a | $ (330,143) | $ (354,225) | 24,082 | -7% | $ - | n/a | $ (311,376) |